# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

WILLIE McCONELL,                )
                                )
    Movant,                     )
                                )
v.                              )      Case No.   CV612-060
                                )                 CR604-013
UNITED STATES OF AMERICA,        )
                                )
    Respondent.                 )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this _14th_ day of _September_, 2012.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA